FRANK N. DARRAS #128904
MICHAEL B. HORROW #162917
SHERNOFF BIDART & DARRAS, LLP
Lakeview Center, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
E-mail: fdarras@sbd-law.com
E-mail: mhorrow@sbd-law.com

Attorneys for Plaintiff

WILLIAM F. VON BEHREN #106642
CAROL BURNEY LEWIS #130188
MESERVE, MUMPER & HUGHES, LLP
300 S. Grand Avenue, 24th Floor
Los Angeles, CA 900171
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN REYNOLDS, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: C 04-03814 MMC<br><br>Honorable Maxine M. Chesney<br><br>STIPULATION TO APPEAR TELEPHONICALLY FOR THE SEPTEMBER 2, 2005 SCHEDULING CONFERENCE; ORDER THEREON<br><br>Date:  September 2, 2005<br>Time:  10:30 a.m.<br>Ctrm:  7 |

1  TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND
2  THEIR ATTORNEYS OF RECORD:
3      Plaintiff STEPHEN REYNOLDS (hereinafter "REYNOLDS") and Defendants
4  MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY (hereinafter
5  "MASS MUTUAL"), by and through their respective counsel of record, hereby
6  stipulate and respectfully request that the Plaintiff's counsel appear telephonically for
7  the September 2, 2005 Scheduling Conference as counsel's principal place of business
8  in located in Ontario, California.
9      For the reasons stated above, IT IS HEREBY STIPULATED AND AGREED
10 by and between the parties and their respective counsel of record, and it is respectfully
11 requested that Plaintiff's counsel appear telephonically.
12
13 DATED: August 22, 2005        SHERNOFF BIDART & DARRAS, LLP
14
15
16                                    FRANK N. DARRAS
17                                    MICHAEL B. HORROW
                                   Attorneys for Plaintiff
18                                    STEPHEN REYNOLDS
19
20 DATED: August 19, 2005        MESERVE, MUMPER & HUGHES, LLP
21
22
23                                    WILLIAM F. VON BEHREN
                                   CAROL BURNEY LEWIS
24                                    Attorneys for Defendants
25                                    MASSACHUSETTS MUTUAL LIFE
                                   INSURANCE COMPANY
26
27
28

1   TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND
2   THEIR ATTORNEYS OF RECORD:
3       Plaintiff STEPHEN REYNOLDS (hereinafter "REYNOLDS") and Defendants
4   MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY (hereinafter
5   "MASS MUTUAL"), by and through their respective counsel of record, hereby
6   stipulate and respectfully request that the Plaintiff's counsel appear telephonically for
7   the September 2, 2005 Scheduling Conference as counsel's principal place of business
8   in located in Ontario, California.
9       For the reasons stated above, IT IS HEREBY STIPULATED AND AGREED
10  by and between the parties and their respective counsel of record, and it is respectfully
11  requested that Plaintiff's counsel appear telephonically.
12
13  DATED: August 19, 2005           SHERNOFF BIDART & DARRAS, LLP
14
15
16                                   FRANK N. DARRAS
17                                   MICHAEL B. HORROW
                                     Attorneys for Plaintiff
18                                   STEPHEN REYNOLDS
19
20  DATED: August 19, 2005           MESERVE, MUMPER & HUGHES, LLP
21
22
23  Dated: August 25, 2005           WILLIAM F. VON BEHREN
24                                   CAROL BURNEY LEWIS
                                     Attorneys for Defendants
25                                   MASSACHUSETTS MUTUAL LIFE
26                                   INSURANCE COMPANY
27
28

APPROVED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION TO APPEAR TELEPHONICALLY FOR THE SEPTEMBER 2, 2005 SCHEDULING