1  William E. von Behren (Bar No. 106642)
   BvonBehren@mmhllp.com
2  Carol Burney Lewis (Bar No. 130188)
   CLewis@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   MASSACHUSETTS MUTUAL LIFE
7  INSURANCE COMPANY

8              UNITED STATES DISTRICT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEPHEN REYNOLDS, DDS,       )  Case No. C 04-03814 FMS MMC
12 |             Plaintiff,       )  STIPULATION RE TELEPHONIC
   |                              )  APPEARANCE AT SCHEDULING
13 |        vs.                   )  CONFERENCE ; ORDER THEREON
14 | MASSACHUSETTS MUTUAL LIFE    )  Date:   September 2, 2005
   | INSURANCE COMPANY,           )  Time:   10:30 a.m.
15 |                              )  Ctrm:   7
   |             Defendant.       )  Judge:  Hon. Maxine M. Chesney
16 |                              )
17 |_____)  Complaint Filed: September 10, 2004

18

19     TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND
20 THEIR ATTORNEYS OF RECORD:

21

22     Defendant MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY
23 ("MassMutual") and Plaintiff STEPHEN REYNOLDS ("Reynolds"), by and
24 through their respective counsel of record, hereby stipulate and respectfully request
25 that MassMutual's counsel appear telephonically at the September 2, 2005
26 Scheduling Conference as counsel's principal place of business is located in Los
27 Angeles, California.

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

68974.1                          1

STIPULATION RE TELEPHONIC
APPEARANCE AT SCHEDULING
CONFERENCE

1   For the reason stated above, IT IS HEREBY STIPULATED AND AGREED
2   by and between the parties and their respective counsel of record, and it is
3   respectfully requested that MassMutual's counsel be allowed to appear
4   telephonically.

6   IT IS SO STIPULATED.

8   DATED: August 24, 2005.     MESERVE, MUMPER & HUGHES LLP
                                WILLIAM E. VON BEHREN
9                               CAROL BURNEY LEWIS

10                              By:     s/ William E. von Behren
11                                  William E. von Behren
                                    Attorneys for Defendant
12                                  MASSACHUSETTS MUTUAL LIFE
                                    INSURANCE COMPANY

14  DATED: August___, 2005.     SHERNOFF BIDART & DARRAS, LLP
15                              FRANK N. DARRAS
                                MICHAEL B. HORROW

17                              By:_____
                                    Michael B. Horrow
18                                  Attorneys for Plaintiff
                                    STEPHEN REYNOLDS

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

68974.1

2

STIPULATION RE TELEPHONIC
APPEARANCE AT SCHEDULING
CONFERENCE

For the reason stated above, IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel of record, and it is respectfully requested that MassMutual's counsel be allowed to appear telephonically.

IT IS SO STIPULATED.

DATED: August    , 2005.

MESERVE, MUMPER & HUGHES LLP
WILLIAM E. VON BEHREN
CAROL BURNEY LEWIS

By: _____
William E. von Behren
Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

DATED: August 24, 2005.

SHERNOFF BIDART & DARRAS, LLP
FRANK N. DARRAS
MICHAEL B. HORROW

By: _____
MICHAEL B. HORROW
Attorneys for Plaintiff
STEPHEN REYNOLDS

Dated: August 25, 2005

APPROVED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA