William E. von Behren (Bar No. 106642)
Carol Burney Lewis (Bar No. 130188)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN REYNOLDS, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. C04 3814 MMC<br><br>STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF NON-EXPERT DISCOVERY CUT-OFF DATE<br><br>Judge:   Hon. Maxine M. Chesney<br><br>Complaint Filed: September 10, 2004 |

This Stipulation is made by and between plaintiff Stephen Reynolds, DDS ("plaintiff") and defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), by and through their respective attorneys of record, and is based upon the following facts:

1.  Pursuant to this Court's Pretrial Preparation Order of September 6, 2005 ("Order"), plaintiff and MassMutual were ordered to complete all non-expert discovery by February 17, 2006;

2.  The parties have engaged in settlement discussions by way of private mediation, which took place on December 15, 2005. Although no resolution was reached at that time, the parties believe that further settlement discussions will be in the best interest of all of the parties and should be pursued. Accordingly, the parties

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

72030.1

1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF NON-EXPERT DISCOVERY CUT-OFF-DATE

1 have agreed to participate in a second mediation session, which has been scheduled for January 5, 2006;

3. The parties have been actively engaged in discovery. The parties have propounded and responded to written discovery. Plaintiff commenced, but did not complete the deposition of the Person Most Knowledgeable from MassMutual and took the deposition of one of its consultants. MassMutual has commenced, but did not complete, the deposition of plaintiff;

4. There remains to be completed numerous non-party depositions, including the depositions of plaintiff's treating physicians and other medical professionals. The parties wish to avoid incurring the expense of completing the remaining depositions while they are actively engaged in settlement discussions. The parties also wish to have sufficient time to complete the outstanding discovery in the event that this matter is not resolved on an informal basis;

5. For the foregoing reasons, the parties, through their undersigned counsel, have agreed to continue only the non-expert discovery cut-off by 30-days, i.e., until March 17, 2006;

6. The relief sought herein is not intended to cause delay and will not change any other pre-trial or trial dates set by this Court, including the dispositive motion filing deadline, which is May 5, 2006 and the trial date, which is July 18, 2006.

**NOW THEREFORE, IT IS HEREBY STIPUATED AND AGREED**, subject to the approval of the Court, that the non-expert discovery cut-off date, which is currently February 17, 2006, will be extended to March 17, 2006.

**IT IS SO STIPULATED.**

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

72030.1

2

STIPULATION AND [PROPOSED]
ORDER RE CONTINUANCE OF NON-
EXPERT DISCOVERY CUT-OFF-DATE

```
 1
 2  DATED: December    , 2005.        MESERVE, MUMPER & HUGHES LLP
                                      WILLIAM E. VON BEHREN
 3                                    CAROL BURNEY LEWIS
 4
                                      By:_____
 5                                        CAROL BURNEY LEWIS
                                          Attorneys for Defendant
 6                                        MASSACHUSETTS MUTUAL LIFE
                                          INSURANCE COMPANY
 7
 8  DATED: December 27, 2005.         SHERNOFF BIDART & DARRAS, LLP
 9
                                      By:_____
10                                        FRANK N. DARRAS
                                          MICHAEL B. HORROW
11                                        Attorneys for Plaintiff
                                          STEPHEN REYNOLDS, DDS
12
13
14
15                                  ORDER
16      IT IS HEREBY ORDERED that, based on the foregoing Stipulation and for
17  good cause shown, the non-expert discovery cut-off is hereby extended to March 17,
18  2006.
19      IT IS SO ORDERED.
20
21  DATED: _____
                                           _____
22                                         HON. MAXINE M. CHESNEY
                                           Judge, United States District Court
23
24
25
26
```

1
2  DATED: January 3, 2005.           MESERVE, MUMPER & HUGHES LLP
                                     WILLIAM E. VON BEHREN
3                                    CAROL BURNEY LEWIS
4
                                     By: _____
5                                        CAROL BURNEY LEWIS
                                         Attorneys for Defendant
6                                        MASSACHUSETTS MUTUAL LIFE
                                         INSURANCE COMPANY
7
8  DATED: December___, 2005.         SHERNOFF BIDART & DARRAS, LLP
9
                                     By:_____
10                                       FRANK N. DARRAS
                                         MICHAEL B. HORROW
11                                       Attorneys for Plaintiff
                                         STEPHEN REYNOLDS, DDS
12
13
14
15                                   **ORDER**

16    IT IS HEREBY ORDERED that, based on the foregoing Stipulation and for
17 good cause shown, the non-expert discovery cut-off is hereby extended to March 17,
18 2006.

19    **IT IS SO ORDERED.**

20
21 DATED: January 4, 2006          _____
                                   HON. MAXINE M. CHESNEY
22                                 Judge, United States District Court
23
24
25
26
27
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

72030.1                          3                STIPULATION AND [PROPOSED]
                                                  ORDER RE CONTINUANCE OF NON-
                                                  EXPERT DISCOVERY CUT-OFF-DATE